IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. BONTEMPO and TERRY MONTELEONE, and all others similarly situated,<br>    Plaintiffs,<br><br>vs<br><br>WOLPOFF & ABRAMSON, L.L.P.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-745<br>)<br>)<br>) |

O R D E R

AND NOW, this 2nd day of May, 2007, after the plaintiffs filed a purported class action complaint in the above-captioned case, and after the defendant submitted a motion for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Document No. 25) is granted as to ¶ 32(b) of the complaint, on the plaintiffs' claim that its notice of arbitration was false, deceptive or misleading, and on the plaintiffs' claim that its request for all arbitration fees incurred was misleading and not authorized by the parties' agreement, and denied in all other respects.

                                   _____
                                   United States District Judge

cc: All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge