IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. BONTEMPO, individually and on behalf of a class of similarly situated persons,<br>          Plaintiff,<br><br>vs<br><br>WOLPOFF & ABRAMSON, L.L.P.,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-745<br>)<br>)<br>) |

O R D E R

AND NOW, this 29th day of Oct., 2007, after the plaintiff filed an amended class action complaint in the above-captioned case, and after the defendant moved for judgment on the pleadings, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, as well as the plaintiff's response to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion for judgment on the pleadings (Document No. 55) is denied.

*/s/ Donetta W. Ambrose*
United States District Judge

cc:    All Counsel of Record

        Honorable Robert C. Mitchell
        United States Magistrate Judge