IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. BONTEMPO, individually and on behalf of a class of similarly situated persons, <br> Plaintiff, <br><br> vs <br><br> WOLPOFF & ABRAMSON, L.L.P., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-745 <br> ) <br> ) <br> ) |

O R D E R

AND NOW, this 15th day of Jan., 2008, after the plaintiff filed an amended class action complaint in the above-captioned case, and after the plaintiff moved for class certification, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendant's response to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's motion for class certification (Document No. 45) is denied.

_____
United States District Judge

cc: All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge